# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

A. Z.,

      **Plaintiff,**

v.                                          Case No:   6:15-cv-2074-Orl-31TBS

**BONNET CREEK RESORT VACATION CONDOMINIUM ASSOCIATION, INC.,**

      **Defendant.**

## ORDER

Upon consideration of the unopposed Report and Recommendation of United States Magistrate Judge Thomas B. Smith (Doc. 15), it is

**ORDERED** that this case be remanded to the Circuit Court of the 9th Judicial Circuit, Orange County, Florida.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 4, 2016.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party